UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona. Instructions

| I. (a) PLAINTIFFS | | | DEFENDANTS | | |
|---|---|---|---|---|---|
| Add New Plaintiff | | | Add New Defendant | | |
| Elizabeth J Armendariz | Edit | Delete | Northeast Collection Bureau, Inc. | Edit | Delete |
| | | | DNS Associates, LLC | Edit | Delete |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
|---|---|
| Maricopa ▼ | Outside the State of Arizona ▼ |

County Where Claim for Relief Arose
Maricopa ▼

| (c) Plaintiff's Attorney | Defendant's Attorney (If known) |
|---|---|
| Add New PLA Attorney | Add New DFT Attorney |

☐ Check here if you are filing a motion to proceed in forma pauperis

**II. Basis of Jurisdiction**
(Select from drop menu below)
1. U.S. Government Plaintiff ▼

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
N/A ▼
*DEFENDANT*
N/A ▼

**IV. Origin**
(Select from drop menu below)
1. Original Proceeding ▼

**V. Nature of Suit** (Select one box)

**Contract**
○ 110 Insurance
○ 120 Marine
○ 130 Miller Act
○ 140 Negotiable Instrument
○ 150 Recovery of Overpayment & Enforcement of Judgment
○ 151 Medicare Act
○ 152 Student Loan -non VA
○ 153 Recovery of VA Benefits
○ 160 Stockholder Suits
○ 190 Other Contract
○ 195 Contract Product Liability
○ 196 Franchise

**Real Property**
○ 210 Land Condemnation
○ 220 Foreclosure

**Torts**
**Personal Injury:**
○ 310 Airplane
○ 315 Airplane Product Liability
○ 320 Assault, Libel & Slander
○ 330 Federal Employers' Liability
○ 340 Marine
○ 345 Marine Product Liability
○ 350 Motor Vehicle
○ 355 Motor Vehicle Product Liability
○ 360 Other Personal Injury
○ 362 Med. Malpractice
○ 365 Personal Injury - Product Liability
○ 367 Health Care/Pharmaceutical Personal Injury Product Liability
○ 368 Asbestos Personal Injury Product Liability
**Personal Property:**

**Civil Rights**
○ 440 Other Civil Rights
○ 441 Voting
○ 442 Employment
○ 443 Housing/Accommodations
○ 445 Amer. w/Disabilities - Employment
○ 446 Amer. w/Disabilities - Other
○ 448 Education

**Prisoner Petitions**
**Habeas Corpus:**
○ 463 Alien Detainee
○ 510 Motions to Vacate Sentence
○ 530 General
○ 535 Death Penalty
**Other:**
○ 540 Mandamus & Other

**Other Statutes**
○ 375 False Claims Act
○ 400 State Reapportionment
○ 410 Antitrust
○ 430 Banks & Banking
○ 450 Commerce/ICC Rates/ etc
○ 460 Deportation
○ 470 RICO
○ 480 Consumer Credit
○ 490 Cable/Sat TV
○ 850 Securities/Commodities/Exchange
○ 890 Other Statutory Actions
○ 891 Agricultural Acts
○ 893 Environmental Matters
○ 895 Freedom of Information Act
○ 896 Arbitration
○ 899 Administrative Procedure

| | | | |
|---|---|---|---|
| ○ 230 Rent Lease & Ejectment | ○ 370 Other Fraud | ○ 550 Civil Rights | Act/Review or Appeal of Agency Decision |
| ○ 240 Torts to Land | ○ 371 Truth in Lending | ○ 555 Prison Condition | ○ 950 Constitutionality of State Statute |
| ○ 245 Tort Product Liability | ○ 380 Other Personal Property Damage | ○ 560 Civil Detainee - Conditions of Confinement | |
| ○ 290 Other Real Property | ○ 385 Property Damage Product Liability | | **Social Security** |
| **Bankruptcy** | | **Labor** | ○ 861 HIA (1395ff) |
| ○ 422 Appeal 28 USC 158 | **Immigration** | ○ 710 Fair Labor Standards Act | ○ 862 Black Lung (923) |
| ○ 423 Withdrawal 28 USC 157 | ○ 462 Naturalization Application | ○ 720 Labor/Mgmt. Relations | ○ 863 DIWC/DIWW (405(g)) |
| **Property Rights** | ○ 465 Other Immigration Actions | ○ 740 Railway Labor Act | ○ 864 SSID Title XVI |
| ○ 820 Copyrights | **Forfeiture/Penalty** | ○ 751 Family and Medical Leave Act | ○ 865 RSI (405(g)) |
| ○ 830 Patent | ○ 625 Drug Related Seizure of Property 21 USC 881 | ○ 790 Other Labor Litigation | **Federal Tax Suits** |
| ○ 835 Patent - Abbreviated New Drug Application | ○ 690 Other | ○ 791 E.R.I.S.A. | ○ 870 Taxes US Plaintiff or Defendant |
| ○ 840 Trademark | | | ○ 871 IRS Third Party 26 USC 7609 |

| | |
|---|---|
| Is this a removal from state court? | No ▼ |

| | |
|---|---|
| **VI. Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) | |

| | | | |
|---|---|---|---|
| **VII. Requested in Complaint** | ○ Class Action Under FRCP 23<br>○ Not Class Action | **Demand** | **Jury Demand** (requested in Complaint)<br>○ Yes ○ No |
| **VIII. This Case** | is related to case number _____, assigned to Judge _____. | | |

DATE: _____     SIGNATURE OF ATTORNEY OF RECORD: _____

[ Generate JS-44 ]  [ Reset Form ]